**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Gary Stephen KRIST, Defendant–**
**Appellant.**

**No. 07–10445**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Aug. 13, 2007.

Jan Jones, Esq., Mobile, AL, for Defendant–Appellant.

Donna Barrow Dobbins, U.S. Attorney's Office, Mobile, AL, for Plaintiff–Appellee.

Before TJOFLAT, ANDERSON and HULL, Circuit Judges.

PER CURIAM:

Jan Jones, appointed counsel for Gary Stephen Krist, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no issues of arguable merit, counsel's motion to

ment because he did not present it in the district court. *See Nyland v. Moore,* 216 F.3d 1264, 1265 (11th Cir.2000).

withdraw is **GRANTED** and Krist's convictions and sentences are **AFFIRMED**.